THE PEOPLE ex rel. WILLIAM J. BEST, Appellant, *v.* CHARLES M. PRESTON, as Superintendent of the Banking Department of the State of New York, Respondent.

(Argued February 29, 1892; decided March 15, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 8,

1891, which affirmed an order of Special Term denying an application for a peremptory mandamus.

*John T. McDonough* for appellant.

*Simon W. Rosendale, Attorney-General,* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., not sitting.
Order affirmed.